IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:06-CR-34-FL-1
Civil No. 5:11-CV-572-FL

| | |
|---|---|
| MAURICE ELLIOTT COX, )<br>      Petitioner, )<br>                       )<br>v.                     )<br>                       )<br>UNITED STATES OF AMERICA, )<br>      Respondent. ) | **ORDER** |

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 24th day of February, 2012.

                                              /s/ Louise W. Flanagan
                                            LOUISE W. FLANAGAN
                                            UNITED STATES DISTRICT JUDGE