# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Maurice Elliott Cox                      Docket No. 5:06-CR-34-1FL

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maurice Elliott Cox, who, upon an earlier plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924, Felon in Possession of a Firearm , was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 29, 2006, to the custody of the Bureau of Prisons for a term of 180 months. Additionally, a supervised release term of 5 years was imposed. On November 14, 2012, pursuant to 28 U.S.C. § 2255, the sentence was reduced to time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 2 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure employment.

5. The defendant shall complete efforts to obtain his GED.

Maurice Elliott Cox was released from custody on November 15, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the releasee on March 18, 2014, was positive for marijuana. When confronted by the probation officer about illicit drug use, Cox admitted marijuana use on or about March 15, 2014. As a sanction for this violation conduct, DROPS and participation in a cognitive behavioral program as offered by the probation office are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ J. Brock Knight |
| Dwayne K. Benfield | J. Brock Knight |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-758-7200 |
| | Executed On: March 26, 2014 |

**ORDER OF COURT**

Considered and ordered this  27th  day of  March , 2014, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge